FILE COPY



# COURT OF APPEALS

REBECA C. MARTINEZ
   CHIEF JUSTICE
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
LORI I. VALENZUELA
   JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

MICHAEL A. CRUZ,
   CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

June 15, 2021

Jennifer B Rosenblatt
16731 Huebner Road
San Antonio, TX 78248
* DELIVERED VIA E-MAIL *

Diana M. Geis
Curl Stahl Geis, P.C.
700 North St. Mary's Street
Suite 1800
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Samuel V. Houston, III
Houston Dunn, PLLC
4040 Broadway Street, Suite 515
San Antonio, TX 78209
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:   04-21-00200-CV
        Trial Court Case Number:   2019-CI-03145
        Style:  Robert C. Singer, III
             v.
            April Marie Singer, Individually and as Trustee of the Singer
    Financial Management Trust

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
MICHAEL A. CRUZ,
Clerk of Court

_Monica Rivera_
Monica Rivera
Deputy Clerk, Ext. 53855

cc: Dinah L. Gaines (DELIVERED VIA E-MAIL)
    Herbert S. Hill (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2021

No. 04-21-00200-CV

Robert C. **SINGER**, III,
Appellant

v.

April Marie **SINGER**, Individually and as Trustee of the Singer Financial Management Trust,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-03145
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

Appellant's first motion for an extension of time to file his brief is GRANTED. Appellant's brief is due on or before **July 19, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court